## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **ELISA BETZ** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. 1:17-cv-02602-BPG** |
| **4937 CORP. (T/A HAZELWOOD INN),** **et al,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### <u>PROPOSED ORDER</u>

Pending before the Court is the Parties' Joint Motion for Approval of Settlement Agreement. After careful consideration of the Parties' Joint Motion for Approval of Settlement Agreement, review of the Settlement Agreement, and after hearing in open court, it is hereby:

**ORDERED**, that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**ORDERED**, that the Court shall retain jurisdiction over this case until the Defendants' payments are made pursuant to the Settlement Agreement;

**ORDERED**, Plaintiff shall promptly advise the Court after payment has been received and the funds have fully and unconditionally cleared;

**FURTHER ORDERED**, that provided the Defendants make all payments under the Settlement Agreement, Plaintiffs' claims shall be DISMISSED with prejudice; and that the Clerk of Court will CLOSE this case.


_____                     _____
Date                                                                            Beth P. Gesner
                                                                                      Chief United States Magistrate Judge

24350980.1 02/21/2018