# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**BETH P. GESNER**
**CHIEF UNITED STATES MAGISTRATE JUDGE**
MDD_BPGchambers@mdd.uscourts.gov

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4288**

February 26, 2018

Bradford W. Warbasse, Esquire
401 Washington Avenue, Suite 200
Towson, MD  21204

Harriet E. Cooperman, Esquire
Saul Ewing, LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD  21202

Howard B. Hoffman, Esquire
600 Jefferson Plaza, Suite 304
Rockville, MD  20852

RE:  <u>Elisa Betz v. 4937 Corporation, et al.</u>
Civil No. BPG-17-2602

Dear Counsel:

At your request and in accordance with your Joint Motion for Approval of FLSA Settlement (ECF No. 17), I am scheduling a hearing for **Wednesday, March 7, 2018 at 3:30 p.m.**  The hearing will be held in Courtroom 3C.  I understand that all counsel are available on this date.

Thank you for your attention in this matter.  If you have any questions, please contact my chambers.

Despite the informal nature of this letter, it will constitute an Order of the court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
Chief United States Magistrate Judge